IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH LIONEL INGRAHAM,
    Plaintiff,

vs.                                    Case No.: 3:12cv79/RV/EMT

SANTA ROSA CORRECTIONAL INSTITUTION,
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 6, 2012 (doc. 38). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants Shaner and Deidrick are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Plaintiff's claims against the Warden of Santa Rosa Correctional Institution and the Secretary of the Florida Department of Corrections are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Lieutenant Shaner, Classification Officer Deidrick, the Warden of SRCI, and the Secretary of the FDOC are **DISMISSED** as Defendants from this action;

5. Plaintiff's equal protection claim against Defendant McMackin, to the extent Plaintiff asserts one, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

6. This matter is referred to the assigned Magistrate Judge for further proceedings on Plaintiff's Eighth Amendment claim of excessive force claim against Defendant McMackin.

**DONE AND ORDERED** this 10th day of December, 2012.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**