IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH LIONEL INGRAHAM,
    Plaintiff,

vs.                                       Case No.: 3:12cv79/RV/EMT

SERGEANT B.K. McMACKIN,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (*see* doc. 1). Plaintiff subsequently filed amended complaints (docs. 21, 30, 36). On December 11, 2012, this court entered an order giving Plaintiff thirty (30) days in which to submit one service copy of his third amended complaint (*see* doc. 41). The court subsequently extended the deadline to February 1, 2013 (*see* doc. 43). Plaintiff failed to submit the service copy; therefore, on February 8, 2013, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 44). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to provide the service copy of his third amended complaint or explain his inability to do so.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 8th day of March 2013.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**